THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL TORRES, Appellant. [954 NYS2d 918]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Balkin, Chambers and Miller, JJ., concur.